FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 13, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD EDWARD LASKER, JR., doing business as Inland Agricultural Supply,<br><br>Plaintiff,<br><br>v.<br><br>ALAIN CHARBONNEAU, doing business as Bio Agri Science Ltee; and DOES 1-10;<br><br>Defendants. | NO: 2:19-CV-76-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff Richard Lasker's Motion for Dismissal without Prejudice, ECF No. 19, and accompanying Motion to Expedite hearing of the same, ECF No. 20. Plaintiff, who is proceeding pro se, submitted with his Motion for Dismissal without Prejudice a settlement agreement signed by both parties and providing that Plaintiff would move for dismissal upon execution of the settlement agreement. ECF No. 19-1. Having reviewed the motions and the record,

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Dismissal without Prejudice, **ECF No. 19**, and Motion to Expedite hearing of the same, **ECF No. 20**, are **GRANTED**.

2. Plaintiff's Complaint, ECF No. 1, is **dismissed without prejudice** and **without costs to any party**.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, including the scheduling conference set for June 13, 2019, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 13, 2019.

                          *s/ Rosanna Malouf Peterson*
                         ROSANNA MALOUF PETERSON
                           United States District Judge